UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORROSION CONTROL
CONSULTANTS & LABS, INC.,

    Plaintiff,

                                                    Case No. 1:06-CV-216

v.                                            Hon. Hugh W. Brenneman, Jr.

MAXUM INDEMNITY COMPANY,

    Defendant.
                                     /

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** that pursuant to paragraph 17 of the parties' Corrected Stipulation entered April 4, 2007, judgment is entered in favor of plaintiff Corrosion Control Consultants & Labs, Inc., as to Count I of the complaint in the amount of **$88,403.86.**

**IT IS FURTHER ORDERED** that without affecting the finality of this Final Judgment, the court hereby retains jurisdiction over this matter for the sole purpose of adjudicating damages sustained by plaintiff after February 28, 2007 "should the parties be unable to stipulate as to such damages," pursuant to paragraph 13 of the Corrected Stipulation.

**IT IS FURTHER ORDERED** that, the court having previously granted plaintiff's motion for summary judgment with respect to Count II, this Judgment closes the case.


Dated:  April 4, 2007                          /s/ Hugh W. Brenneman, Jr.
                                                              Hugh W. Brenneman, Jr.
                                                              United States Magistrate Judge